## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

███████████ and
PAUL LOGUGUNE

No. 2:23-cr-123-NT

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### Conspiracy to Commit Bank Fraud

1.      At all times relevant to this Indictment, Atlantic Federal Credit Union ("AFCU") was a financial institution whose deposits were insured by the National Credit Union Administration.

2.      Beginning at an unknown time, but no later than on about May 14, 2022, and continuing until at least June 23, 2022, in the District of Maine and elsewhere, the Defendants,

**████████████ and**
**PAUL LOGUGUNE**

knowingly conspired together and with others, known and unknown, to commit bank fraud, in violation of 18 U.S.C. § 1344; specifically, they agreed to knowingly execute and attempt to execute a scheme to defraud a financial institution and to obtain money under the custody or control of a financial institution by means of false and fraudulent pretenses, representations, and promises.

### MANNER AND MEANS OF THE CONSPIRACY

3.      The Defendants used the following manner and means to carry out the conspiracy:

4.     They broke into vehicles in order to steal personal identifying information, financial information, checks, credit cards, and other valuables.

5.     They recruited third parties to cash forged checks for them using stolen checkbooks and stolen driver's licenses from the car thefts.  The Defendants offered the third parties money and drugs in exchange for cashing the forged checks.

6.     The Defendants traveled to different branches of AFCU in Maine.  The Defendants then had the third parties they recruited to cash checks drive through the drive thru teller lanes at AFCU and present forged checks from car theft victims' checkbooks. The checks were made payable to other car theft victims whose drivers' license the Defendants had stolen.  The third parties impersonated the ID theft victims and presented the AFCU teller with the forged check and a stolen driver's license for the payee.

7.     The defendants travelled outside of Maine to carry out the scheme at banks outside of Maine.

Thus, the Defendants violated 18 U.S.C. §§ 1349 and 1344.

## COUNTS TWO - SEVEN
### Bank Fraud

8.     All prior paragraphs of this Indictment are incorporated herein.

9.     On about the dates set forth below in each Count, in the District of Maine, the Defendants,

████████████████ and
**PAUL LOGUGUNE**

unlawfully, willfully and knowingly executed and attempted to execute a scheme to defraud a financial institution and to obtain money under the custody or control of a financial institution by means of false and fraudulent pretenses, representations, and

promises; specifically, the Defendants presented stolen identification documents and checks of victims which were negotiated and attempted to be negotiated at Atlantic Federal Credit Union branches in Maine, and fraudulently obtained and attempted to obtain approximately $23,000, and did aid and abet such conduct, as follows:

| COUNT | DATE | ACT |
|-------|------|-----|
| TWO | 6/17/2022 | The stolen identification of Victim 1 along with a stolen check made payable to Victim 1 in the amount of $4,200, drawn on the bank account of Victim 4, was presented to AFCU in Topsham, Maine, and $4,200 in cash was received. |
| THREE | 6/17/2022 | The stolen identification of Victim 1, along with a stolen check made payable to Victim 1 in the amount of $4,200, drawn on the bank account of Victim 3, was presented to AFCU in Freeport, Maine, and $4,200 in cash was received. |
| FOUR | 6/17/2022 | The stolen identification of Victim 1, along with a stolen check made payable to Victim 1 in the amount of $4,200, drawn on the bank account of Victim 3, was presented to AFCU in Brunswick, Maine and $4,200 in cash was received. |
| FIVE | 6/22/2022 | The stolen identification of Victim 2, along with a stolen check made payable to Victim 2 in the amount of $5,200, drawn on the bank account of Victim 5, was presented to AFCU in Topsham, Maine, and $5,200 in cash was received. |
| SIX | 6/22/2022 | The stolen identification of Victim 2, along with the stolen check made payable to Victim 2 in the amount of $5,200, drawn on the account of Victim 5, was presented to AFCU in Brunswick, Maine and $5,200 in cash was received. |
| SEVEN | 6/23/2022 | The stolen identification of Victim 2, along with the stolen check made payable to Victim 2 in the amount of $4,200, drawn on the account of Victim 5, was presented to AFCU in Cumberland, Maine and $4,200 in cash was requested. |

Thus, the Defendants violated Title 18, United States Code, Sections 1344 and 2.

### COUNTS EIGHT - NINE
### Aggravated Identity Theft

10.     All prior paragraphs of this Indictment are incorporated herein.

11.     On about the dates set forth below in each Count, in the District of Maine, the Defendants,

██████████ **and**
**PAUL LOGUGUNE**

knowingly possessed and used, without lawful authority, a means of identification of

another person as described below, during and in relation to the commission of

conspiracy to commit bank fraud, as charged in Count One of this Indictment, specified

below:

| COUNT | DATE | MEANS OF IDENTIFICATION |
|-------|------|-------------------------|
| EIGHT | 6/17/2022 | A Maine driver's license belonging to Victim 1, which included Victim 1's name, date of birth, and driver's license number. |
| NINE | 6/22/2022 | A Maine driver's license belonging to Victim 2, which included Victim 2's name, date of birth, an driver's license number. |

Thus, the Defendants violated Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL,

_____
FOREPERSON

_____
Assistant U.S. Attorney
Date: